IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARISOL VALENTE, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | No. 02-CV-3603 |
| | : | |
| v. | : | |
| | : | |
| HARBISON CORPORATION, | : | |
| HARBISON CORPORATION d/b/a PRETIUM | : | |
| PACKAGING, PRETIUM PACKAGING, LLC, | : | |
| EDWARD WEISS and CHRIS COMPTON, | : | JURY TRIAL DEMANDED |
|     Defendants. | : | |

PRAECIPE FOR ENTRY OF APPEARANCE

602Pro PRINT PACK Trial

TO THE CLERK OF SAID COURT:

    Enter my appearance as attorney for Plaintiff, Marisol Valente, in the above-captioned matter.

                  HAHALIS & KOUNOUPIS, P.C.

                  BY:_____
                      David L. Deratzian
                      Attorney I.D. # 49841
                      20 East Broad Street
                      Bethlehem, Pennsylvania 18018
                      (610) 865-2608

Date: October 16, 2002