IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARISOL VALENTE,<br> Plaintiff | : CIVIL ACTION<br>:<br>: No. 02-CV-3603 |
| v. | : |
| HARBISON CORPORATION,<br>HARBISON CORPORATION d/b/a PRETIUM<br>PACKAGING, PRETIUM PACKAGING, LLC,<br>EDWARD WEISS and CHRIS COMPTON,<br> Defendants. | :<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF SAID COURT:

  Enter my appearance as attorney for Plaintiff, Marisol Valente, in the above-captioned matter.

          HAHALIS & KOUNOUPIS, P.C.

          BY:_____
           David L. Deratzian
           Attorney I.D. # 49841
           20 East Broad Street
           Bethlehem, Pennsylvania 18018
           (610) 865-2608

Date: October 16, 2002

602Pro PRINT PACK Trial