IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARISOL VALENTE,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **HARBISON CORP., et al.,** | : | No. 02-3603 |
| Defendants. | : | |

## ORDER

**AND NOW**, this   day of **January**, **2003**, it is hereby **ORDERED** that:

1. A **new jury trial date** in the above captioned case is set for **May 5, 2003** at **10:00 a.m.** to commence upon completion or other disposition of *Champlost v. State Farm Ins.*, **E.D. Pa. docket no. 02-3607**.

2. In all other respects the Court's Scheduling Order dated October 16, 2002 shall remain in effect.

BY THE COURT:

_____
**Berle M. Schiller, J.**